# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE**: | : | |
| Charles Anthony Crawford | : | Chapter 13 |
| | : | Case No.: 21-13411-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

   I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion To Vacate the March 30, 2022 Order Granting Relief of the Automatic Stay by Regular US Mail or electronic means on all creditors and the following parties.

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

**Charles G. Wohlrab, Esq.**
Counsel on behalf of Nationstar Mortgage, LLC
Electronic service to *cwohlrab@raslg.com*

Dated: May 10, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 302
Philadelphia, PA 19107